IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

JUL 1 1 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 24-CR-40036-JPG |
| CHRISTOPHER KYLE MIDDLETON, | ) Title 18 |
| | ) United States Code, |
| Defendant. | ) Section 875(c) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
### Interstate Communication of a Threat to Injure

On or about April 8, 2024, in Johnson County, Illinois, within the Southern District of Illinois, and elsewhere, the defendant

**CHRISTOPHER KYLE MIDDLETON**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, the defendant sent an email to representatives with the Illinois State Police, the Illinois Attorney General's Office, the Johnson County State's Attorney's Office, and the Williamson County State's Attorney's Office in which defendant stated, among other things, "I will come after State Cops and their families…They will be ambushed. Then I will take their identification and go to their house for their family…I see a State Cop in either county. They will be ambushed…I start killing cops…" all in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### Interstate Communication of a Threat to Injure

On or about May 6, 2024, in Johnson County, Illinois, within the Southern District of Illinois, and elsewhere, the defendant

**CHRISTOPHER KYLE MIDDLETON**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, the defendant sent an email to representatives with the Illinois State Police in which defendant stated, among other things, "I'm willing to come after your families and houses…Ever come back to [an identified residence]. I kill you just for being in the yard…You pussies ever find your balls. Text [an identified phone number]. Date and Time. I be more than happy sit in front porch holding my favor gun. Be a lot less paperwork…I catch a State Cop at gas station or traffic stop in Williamson or Johnson county…they will be ambushed then their family…then house…" all in violation of Title 18, United States Code, Section 875(c).

CASEY L. A. BLOODWORTH
Assistant United States Attorney

RACHELLE AUD CROWE
United States Attorney

Recommended Bond: Detention